**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-62200-KUNTZ**

**PHILLIP BROWN**,

Plaintiff,

vs.

**RELIABLE**,

Defendant.

_________________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court on Magistrate Judge Detra Shaw-Wilder's Report and Recommendation ("Report") [ECF 7]. Judge Shaw-Wilder recommends that this case be closed without prejudice due to Plaintiff Phillip Brown's failure to either pay the filing fee or file a completed form to continue *in forma pauperis*. *See id.* Plaintiff responded in a notice, in which he essentially restates the merits of his case [ECF 8]. Since Plaintiff's motion to proceed *in forma pauperis* was denied on August 24th, 2026 [ECF 4], with instructions to re-file a completed form, Plaintiff has not done so. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report is **AFFIRMED AND ADOPTED**. This case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as **MOOT**.

**DONE** and **ORDERED** in Chambers in Fort Lauderdale, Florida on October 1, 2026.

JEFFREY T. KUNTZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record